395 A.2d 963

Commonwealth v. Buskirk, Appellant.

Argued September 11, 1978. Michael R. Muth, for appellant;  Albert R. Murray, Assistant District Attorney, submitted a brief for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.